| | |
|---|---|
| PROBATION FORM NO. 35 | Report and Order Terminating Probation/ |
| (1/92) | Supervised Release |
| | Prior to Original Expiration Date |

# United States District Court
## FOR THE

### District of South Carolina

UNITED STATES OF AMERICA

v.

Curtis Mills                                                                 Docket Number: 2:03CR00162-9

On March 31, 2004, the above named was placed on supervised release for a period of eight (8) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Gregory S. Russ
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this __19th__ day of __August__, 20__11__.

PATRICK MICHAEL DUFFY
United States District Judge

(Form Revised in WP80 by D/SC-9/97)